

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN, TEXAS 78711**

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 6, 1970

Honorable John W. Warner          Opinion No. M-547
County Attorney
Gray County                       Re:  The meaning of the phrase
P. O. Box 635                          "the substance only of
Pampa, Texas  79065                    depositions shall be
                                       recorded" as employed in
                                       Section 15 of the Texas
Dear Mr. Warner:                       Probate Code.

    Section 15 of the Texas Probate Code reads in part as follows: "The County Clerk shall keep a record book styled 'Probate Minutes' and shall enter therein in full all orders, judgments, decrees, and the proceedings of the court, together with the following...(c) All wills and the testimony upon which the same are admitted to probate, provided that the substance only of depositions shall be recorded."

    You have requested our opinion to the meaning of "substance only of depositions...".

    Black's Law Dictionary, 4th Edition, defines substance as the material or essential part of a thing, as distinguished from "form"; an intelligible abstract or synopsis of its material or substantial elements.

    Bouvier's Law Dictionary, 3rd Revision, defines substance as that which is essential.

    Under a constitutional requirement that the substance of a proposed act be published, "substance" is the essential and material parts and essence of the proposed law, or an abstract or compendium thereof, as would give people affected fair information of what the law is.  State v. Allen, 123 So. 36,37, (Ala.Sup.Ct. 1929).  "Substance of proposed law" means an intelligent abstract or synopsis of its material and substantial elements; the substance of the act may be sufficiently stated without stating

-2612-

the details which are subsidiary to the stated elements. Ex Parte Bowdoin, 141 So. 911 (Ala.Ct.App. 1932).

In Rose v. Osborne, 1 A.2d 225 (Maine Sup.Jud.Ct. 1938), the Court held that "substance" is that which is essential. While the ordinary meaning of the word "substance," when used in respect to a contract, is its important parts, the word is susceptible of different significations according to the circumstances. Lincoln National Bank v. John Peirce Co., 164 N.Y.S. 421 (N.Y.Sup. Ct. 1917).

The material or essential parts of the deposition (including exhibits) must be recorded. Ordinarily, a narrative synopsis or abstract of the relevant facts should be recorded. However, under some circumstances it might be necessary to quote from the deposition or to record an exhibit if that is necessary to show the material facts.

### S U M M A R Y

"Substance only of depositions," as used in Section 15(c) of the Texas Probate Code, means a synopsis or an abstract of the material or essential facts, unless under the circumstances it is necessary to quote portions of the depositions or exhibits to show such facts.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Jack Sparks
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
Alfred Walker, Co-Chairman
Marvin Sentell
Tom Bullington
Bennie Bock
Harold Kennedy

MEADE F. GRIFFIN
Staff Legal Assistant

NOLA WHITE
First Assistant